Km 6/17/19
~~4/09/19~~

Case: 19-00193-DSC13

*Amended*
341 MEETING AND
CONFIRMATION HEARING
BENCH SHEET

341 Hearing: 02/27/2019
Confirmation Hearing: 04/02/2019

Debtor(s): PERRY, JAMIKA

XXX-CC-9933

Debtor Present at 341 meeting? (✓) Yes ( ) No
ID Provided? (✓) Yes ( ) No
Attorney: MICHAEL A HENSLEY
Attorney Present at 341 meeting? (✓) Yes ( ) No
Debtor Employer: DOLLAR GENERAL / Saxx Hair Design
D.O. Sent:
Joint Debtor Employer:
D.O. Sent: #33 5/7/19
Petition Filed: 01/15/2019
Proposed Plan Payments: 1,405.00 MONTHLY
Latest plan filed: ~~01/15/2019~~ 3/31/19
Amended plan payment: $1,635 mo #26

# of previous Chapter 13 cases in Southern Division ___
Previous discharges: ___

60 mo = 1507 monthly

CONFIRMATION: 1635 ~~1507~~ (✓) RECOMMENDED
( ) NOT RECOMMENDED
$ ___ ( ) Weekly ( ) Bi-Weekly
( ) Semi-Monthly (✓) Monthly
For 60 months pursuant to the plan.
Plan payments by ( ) Payroll Deduction (✓) Direct
(✓) 100% plan
( ) Percentage plan to pay ___% to nonpriority unsecured claims.
( ) Pot plan to pay $___ to nonpriority unsecured claims.
Attorney fee distribution pursuant to:
Plan (✓) ~~Trustee recommendation~~ Attorney agreed ( )
Total fee: $ 2500
Amount paid prepetition: $___
First installment: $ 900 ~~$170~~ N/A
Balance to be paid: $___ monthly for ___ months
Then: $___ monthly for ___ months
Then: $___ monthly for ___ months

341 MTG. CONCLUDED
FEB 27 2019

341 meeting continued to ___ Reason: ___

NOTES FOR CONFIRMATION ORDER:
( ) Debtor orally moved in open court to amend plan payment amount and/or increase fixed payment(s). 82,633.50
(✓) Trustee's Objection to Confirmation and Motion to Dismiss is w/d
( ) Trustee's Objection to Claim of Exemptions is ___
(✓) Debtor proposes to pay the Chapter 13 case filing fee through the Chapter 13 Trustee pursuant to Local Rule 1006-1(c).
( ) The Plan or Amended Plan sets out nonstandard provisions in Part 9.
(X) Mortgage debt to HOME POINT FINANCIAL CORPORATION shall be paid direct beginning February 2019 claimant's arrearage should include January 2019

SPECIAL PROVISIONS:
1/15/2019

(✓) Credit Acceptance Corp. obj to conf is w/d in open ct.

**OBJECTION TO CONFIRMATION**
filed by Credit Acceptance

Case 19-00193-DSC13    Doc 42    Filed 06/28/19    Entered 06/28/19 13:58:30    Desc    Page 1 of 4

TO BE PAID THROUGH TRUSTEE

| Claim | Creditor Name | S/P/U | Adequate Protection Payment | Scheduled/ Claimed | Collateral Value in Plan | Unsecured Debt | Interest Rate | Fixed Monthly Payment | F.M.P Begins / Total Paid |
|---|---|---|---|---|---|---|---|---|---|
| 002 | unlisted TMobile AMERICAN INFOSOURCE LP agent for/ | U | | 0 / 3,067.63 | | 3,067.63 | | | |
| | 2016 Chrysler 300 BRIDGECREST | S | 170 | 17,335.00 | 17,000.00 | | 14.67 ~~3.5000~~ | ~~347.00~~ ~~322.00~~ ✓ | conf 04/2020 / 18,761.22 |
| | CAPITAL ONE | U | | 863.00 | | 863.00 | | | |
| | CHARTER COMMUNICATIONS | U | | 438.00 | | 438.00 | | | |
| 001 | 2016 Chrysler 300 CREDIT ACCEPTANCE CORPORATION | S | 171 | 17,171.00 / 17,365.06 | 17,000.00 | | 12 ~~3.5000~~ | ~~347.00~~ 318.00 419 | conf 04/2020 / 18,793.62  x54 |
| 005B | Mtg Arrears HOME POINT FINANCIAL CORPORATION | S | | 11,404.69 / 11,630.07 | 205,600.00 | | | 240 ~~293.00~~ ✓ | conf 04/2020  x39 |
| 003 | ROYAL FURNITURE COMPANY | S | 35 | 3,820.00 / 3,544.00 | | | 5.5 | 75 ✓ | Conf |

Case: 19-00193-DSC13    341 MEETING AND CONFIRMATION HEARING    Hearing Date: 02/27/2019
BENCH SHEET

| Claim | Creditor Name | S/P/U | Adequate Protection Payment | Scheduled/ Claimed | Collateral Value in Plan | Unsecured Debt | Interest Rate | Fixed Monthly Payment | F.M.P Begins / Total Paid |
|---|---|---|---|---|---|---|---|---|---|
|  | 2016 Chev Malibu WELLS FARGO DEALER SERVICES | S | 171 | 18,172.35 | 18,000.00 |  | 13.4900 | 451.00 | conf 04/2020 x54 / 24,335.96 |
|  | *****TOTAL***** |  | 0.00 | 69,204.04 / 35,606.76 | 257,600.00 | 4368.63 |  | ~~1,384.00~~ 1531 | 0.00 |

CONTINUING CLAIMS

UNLISTED CLAIMS

DEBTS TO BE PAID DIRECT

| Claim | Creditor Name | Amount of Debt | Reason to be paid direct |
|---|---|---|---|
| 004 | BIRMINGHAM WATER WORKS | 35.87 | |
| 005A | HOME POINT FINANCIAL CORPORATION | 193,089.63 | mtg 12×8 mo |

Notes: